# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE,<br><br>             Petitioner,<br>  v.<br><br>DANIEL PARAMO,<br><br>             Respondent. | Case No. CV 19-00900 MWF (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

DATED: March 13, 2019

                                                    _____
                                                    MICHAEL W. FITZGERALD
                                                   UNITED STATES DISTRICT JUDGE